**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JANE AND JOHN DOE, AS NEXT** | § | |
| **FRIENDS OF JANIE DOE 1 AND** | § | |
| **JANIE DOE 2, MINOR CHILDREN,** | § | |
| *Plaintiffs* | § | **Civil Action No. 4:22-cv-00814** |
| | § | |
| **vs.** | § | **Jury Trial Demanded** |
| | § | |
| **PROSPER INDEPENDENT SCHOOL** | § | |
| **DISTRICT, HOLLY FERGUSON,** | § | |
| **ANNAMARIE HAMRICK, AND** | § | |
| **ANNETTE PANIAGUA EX REL. THE** | § | |
| **ESTATE OF FRANK PANIAGUA,** | § | |
| *Defendants* | § | |

## AGREED ORDER OF JUDGMENT AGAINST ANNETTE PANIAGUA EX REL. THE ESTATE OF FRANK PANIAGUA

COME NOW, Plaintiffs Jane and John Doe, as Next Friends of Janie Doe 1 and Janie Doe 2, minor children, by and through their counsel of record, and Defendant Annette Paniagua ex rel. The Estate of Frank Paniagua, by and through her counsel of record, and announce to the Court that they have executed a settlement agreement, the material terms of which have been disclosed to the Court for purposes of minor-settlement approval and have agreed to an entry of judgment in favor of Plaintiffs ("Agreed Judgment"). Based on said agreement, the Court Orders as follows:

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** by this Court that Plaintiffs Jane and John Doe, as Next Friends of Janie Doe 1 and Janie Doe 2, minor children, recover of and from Defendant Annette Paniagua ex rel. The Estate of Frank Paniagua, the sum of One Hundred Million Dollars ($100,000,000.00).

This Agreed Judgment is entered against Annette Paniagua ex rel. the Estate of Frank Paniagua in her capacity as Independent Administrator of the Estate only. This Agreed Judgment

is based solely on claims against the Estate of Frank Paniagua and not on any claims or allegations against Annette Paniagua individually or any other heir of Frank Paniagua. This Agreed Judgment creates no personal liability for Annette Paniagua or any other heir and shall not be construed as any admission of wrongdoing by Annette Paniagua personally.

All other relief against Defendant Annette Paniagua ex rel. The Estate of Frank Paniagua not expressly granted in this Judgment is hereby DENIED.

This Judgment finally disposes of all claims Plaintiffs have asserted against Defendant Annette Paniagua ex rel. The Estate of Frank Paniagua.

**IT IS SO ORDERED.**

**SIGNED this 10th day of June, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

**AC KNOW lEDGED AND AGREED AS TO FORM AND SUBSTANCE:**

Levi G. Mc Cathern, I I
Stat e Bar No. 00787990
lmccathern @mccathernlaw.com
James E. Sherry
State Bar No. 24086340
sherr y@mccathernlaw.com
Jennifer L. Falk
State Bar No. 24055465
falk @mccathernlaw.com
Brenna N. Wiebe
State Bar No. 24107962
bwiebe @mccathernlaw.com
Kristin M. Hecker
State Bar No. 24116499
khecker @mccathernlaw.com
3710 Rawlins, Suite 1600
Dallas, Texas 75219
Telephone: (214) 741-2662
Facsimile: (214) 741-4717
**ATTORNEYS FOR PLAINTIFFS**

**AGREED JUDGMENT**

**Page 2 of 3**

*/s/ Matthew P. Gigliotti*

Matthew P. Gigliotti
State Bar No. 24109924
mgigliotti@mas.law
MAS Law
212 West Spring Valley Road
Richardson, Texas 75081
Telephone: (972) 789-1664
Facsimile: (972) 789-1665
**ATTORNEYS FOR
DEFENDANT ANNETTE
PANIAGUA EX REL. THE
ESTATE OF FRANK
PANIAGUA**

**AGREED JUDGMENT**                                            **Page 3 of 3**