**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JANE AND JOHN DOE, INDIVIDUALLY AND AS NEXT FRIENDS OF JANIE DOE 1 AND JANIE DOE 2, MINOR CHILDREN, | § § § § | |
| Plaintiffs | § § | **CIVIL ACTION NO. 4:22-cv-00814** |
| vs. | § § | **Judge Mazzant** |
| PROSPER INDEPENDENT SCHOOL DISTRICT, HOLLY FERGUSON, AND ANNETTE PANIAGUA EX REL. THE ESTATE OF FRANK PANIAGUA | § § § § | |
| Defendants | § | |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Pursuant to the judgment of the United States Court of Appeals for the Fifth Circuit filed on February 13, 2025 (ECF No. 63-3), the claims against Dr. Holly Ferguson and Annamarie Hamrick have been dismissed on the basis of qualified immunity and all claims brought against them have been **DISMISSED WITH PREJUDICE.**

2. After the dismissal of Dr. Holly Ferguson and Annamarie Hamrick, the only remaining defendants in this case were Defendant Prosper Independent School District ("Prosper ISD") and Annette Paniagua Ex. Rel. the Estate of Paniagua ("Estate of Paniagua"). The Court granted Prosper ISD's Motion for Summary Judgment on May 11, 2026 (ECF No. 151). Plaintiffs' only other remaining

claims are those against the Estate of Paniagua.

3.      Pursuant to Federal Rule of Civil Procedure 54(b), the Court hereby determines that there is no just reason for delay and the Court enters this final judgment in favor of Prosper ISD and all claims against Prosper ISD are hereby **DISMISSED WITH PREJUDICE.**

4.      It is **FURTHER ORDERED, ADJUDGED, AND DECREED** that all costs of Court are taxed against Plaintiffs, and that all writs necessary for the enforcement and collection of this judgment or the costs of Court may issue. There is no just reason for a delay in the entry of judgment.

**IT IS SO ORDERED.**

**SIGNED this 10th day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE